IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

KAREN KREBS,

        Plaintiff,

    v.                                 Case No. 2:19-CV-634-JPS

MICHAEL GRAVELEY,
in his official capacity as the District
Attorney of Kenosha County, Wisconsin,

        Defendant.

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Michael Graveley, in his official capacity as the District Attorney for Kenosha County, Wisconsin, hereby moves this Court for an order granting him summary judgment on all of Plaintiff Krebs's claims and dismissing the action against him. Filed separately and in support of this motion are Defendant's brief, declaration of counsel with exhibits, proposed findings of fact, and his responses to Plaintiff's proposed findings of fact.

*[signature page follows]*

Dated this 24th day of January, 2020.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/ Steven C. Kilpatrick
STEVEN C. KILPATRICK
Assistant Attorney General
State Bar #1025452

MICHAEL D. MORRIS
Assistant Attorney General
State Bar #1112934

Attorneys for Michael Graveley

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1792 (Kilpatrick)
(608) 266-3936 (Morris)
(608) 267-2223 (Fax)
kilpatricksc@doj.state.wi.us
morrismd@doj.state.wi.us