# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 21, 2020

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-1656
>
> Caption:  
> KAREN KREBS,  
> Plaintiff - Appellant
>
> v.
>
> MICHAEL GRAVELEY,  
> Defendant - Appellee
>
> ---
>
> District Court No: 2:19-cv-00634-JPS  
> District Judge J. P. Stadtmueller  
> Clerk/Agency Rep Stephen C. Dries
>
> Date NOA filed in District Court: 04/21/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)